From: Laguerre Langa Cto
26 Broad St apt 4
Norwalk CT
06851

CERTIFIED MAIL



9589 0710 5270 2043 7365

To: United States District Court
450 Main Street
Suite A012
Hartford CT
06103

X-RAY SCREEN COMPLETED

RETURN RECEIPT REQUESTED