# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lensendro Laguerre,<br><br>        Plaintiff,<br><br>  -v-<br><br>Andrew M. Young, Capital One Financial Corporation, and Bond Doe,<br><br>        Defendants. | Civil Action No.: 3:24-cv-01760 |

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendants Andrew M. Young, Capital One Financial Corporation, and Bond Doe (collectively, "Capital One" or "Defendants"), by and through counsel, and pursuant to Fed. R. Civ. P. 6 and this Court's Local Rules, hereby move for an extension of time of thirty (30) days to respond to the Amended Complaint, and in support thereof states as follows:

1. On November 20, 2024, Plaintiff Lensendro Laguerre ("Plaintiff") filed an Amended Complaint (the "Amended Complaint"). *See* ECF No. 15.

2. Defendants' current deadline to respond to Plaintiff's Amended Complaint is December 4, 2024.

3. Defendants seek a brief extension of its deadline to respond to the Amended Complaint. Specifically, Defendants request that they be granted leave to respond to Plaintiff's Amended Complaint on or before January 3, 2025.

4. This extension will allow additional time to investigate the facts and claims set forth in the Amended Complaint so Defendants can prepare an appropriate response thereto. This extension also takes into consideration the intervening holidays.

304804342v1

5. Defendants submit that the requested extension will have minimal impact on the case. This request is made in good faith and not for the purpose of causing undue delay in the administration of this case. In fact, the extension will provide additional time for the parties to explore the possibility of settling the claims without incurring additional litigation costs. Defendants also submit the requested extension is in the interest of judicial economy and efficiency and will not prejudice the non-moving party.

6. Defendants previously met and conferred with Plaintiff regarding a request for an extension of time which Plaintiff denied without providing a reason. However, Defendants believe neither party will be prejudiced by the granting of this Motion.

7. Because good cause has been shown, Defendants respectfully request that the Court grant the Motion.

WHEREFORE, Defendants Andrew M. Young, Capital One Financial Corporation, and Bond Doe respectfully request that its Motion be granted, that it be granted leave to respond to the Amended Complaint no later than January 3, 2025, and that the Court grant any further relief that it deems just and proper.

Respectfully submitted,

Dated: December 2, 2024  
New York, New York

By: */s/ Bennet J. Moskowitz*  
Bennet J. Moskowitz  
TROUTMAN PEPPER  
HAMILTON SANDERS LLP  
CT Bar #: 437932  
875 Third Avenue  
New York, New York 10022  
Telephone: (212) 704-6087  
Email: bennet.moskowitz@troutman.com  
*Attorneys for Defendants Andrew M. Young,*  
*Capital One Financial Corporation, and Bond Doe*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of December, 2024, I caused to be electronically filed with the Clerk of the Court using the CM/ECF system the foregoing document, and sent, via FedEx Overnight Mail, to the following party. Service of the foregoing was within the time prescribed by the Rules of the Court.

        Laguerre Lensendro
        *Plaintiff*
        26 Broad St. Apt. 4
        Norwalk, CT 06851

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: */s/ Bennet J. Moskowitz*
    Bennet J. Moskowitz

*Attorneys for Defendants Andrew M. Young, Capital One Financial Corporation, and Bond Doe*