UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lensendro Laguerre,<br><br>        Plaintiff,<br><br>    -v-<br><br>Andrew M. Young, Capital One Financial Corporation, and Bond Doe,<br><br>        Defendants. | Civil Action No.: 3:24-cv-01760 |

## NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that on February 4, 2025, Defendants Capital One Financial Corporation and Andrew M. Young ("Defendants"), by and through legal counsel, will move before the Honorable Alvin W. Thompson, at the Abraham Ribicoff Federal Building United States Courthouse, 450 Main Street Suite 240 Hartford, Connecticut 06103, for an order granting Defendants' Motion to Dismiss Plaintiff's Amended Complaint, pursuant to Fed. R. Civ. P. 12(b)(6), and all other reasons set forth in the memorandum of law.

Respectfully submitted,

Dated: January 3, 2025
    New York, New York

By: */s/ Bennet J. Moskowitz*
    Bennet J. Moskowitz (CT Bar #: 437932)
    TROUTMAN PEPPER LOCKE LLP
    875 Third Avenue
    New York, New York 10022
    Telephone: (212) 704-6000
    Facsimile: (212) 704-6288
    Email: bennet.moskowitz@troutman.com

*Attorneys for Defendants Capital One Financial Corporation and Andrew M. Young*