UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lensendro Laguerre,<br><br>             Plaintiff,<br><br>     -v-<br><br>Andrew M. Young, Capital One Financial Corporation, and Bond Doe,<br><br>             Defendants. | Civil Action No.: 3:24-cv-01760 |

## ORDER

UPON CONSIDERATION of the Motion to Dismiss filed by Defendants Capital One Finance Corporation and Andrew M. Young ("Defendants"), any response thereto, and for good cause shown, it is hereby:

**ORDERED** that the Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that all claims and causes of action asserted in Plaintiff's Amended Complaint against Defendants are dismissed with prejudice.

**IT IS SO ORDERED**.

Date: _____ ____, _____        _____
                                            Judge Alvin W. Thompson
                                            United States District Judge