UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lensendro, Laguerre,<br><br>    Plaintiff,<br><br>-v-<br><br>Andrew M. Young, Capital One Financial Corporation, and Bond Doe,<br><br>    Defendants. | Case No.: 3:24-cv-01760-AWT |

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2025, I caused the foregoing documents to be electronically filed with the Clerk of the Court using the CM/ECF system, and sent by FedEx overnight mail, to *pro se* Plaintiff, Lensendro Laguerre, at 26 Broad St. Apt. 4, Norwalk, CT 06851:

1. Defendants' Notice of Motion to Dismiss;
2. Defendants' Memorandum of Law in Support of Motion to Dismiss;
3. Proposed Order;
4. Certificate of Service.

I certify that the foregoing statement made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: January 3, 2025
   New York, New York

            TROUTMAN PEPPER LOCKE LLP

            By: *s/ Bennet J. Moskowitz*
               Bennet J. Moskowitz