From:
26 Broad St apt 4
Norwalk CT
06851



To: United States District Court
450 Main Street
Suite A012
Hartford CT
06103