From:

26 Broad St apt 4
Norwalk CT
06851

To: ~~[redacted]~~
United States District Court
450 Main Street
A012
Hartford CT
06103

9589 0710 5270 2128 0954 39